UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MADELINE RAMOS,                                   :

                Plaintiff,           :

    -against-                                              :        **ORDER**

COMMISSIONER OF SOCIAL SECURITY, :        19-CV-10616 (AT) (KNF)

                Defendant.         :
------------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

      By a letter, dated November 30, 2020, the plaintiff's counsel informed the Court that the Social Security Administration issued a notice of an award of disability benefits to the plaintiff based on her second application, finding that the plaintiff became disabled on September 19, 2019. Counsel asserts that the date the plaintiff "was found to be disabled coincided with the date the Appeals Council denied a Request for Review of the ALJ's decision which is the subject of this action," and he "forwarded a copy of the notice of award to defendant's counsel to determine whether she wishes to change her position in this action." Docket Entry No. 31.

      On or before December 10, 2020, the parties shall: (i) meet and confer to discuss the impact, if any, of the above-referenced notice on the instant action; and (ii) advise the Court in a joint letter about the status of this action.

Dated: New York, New York                SO ORDERED:
       December 3, 2020

                                                                         *Kevin Nathaniel Fox*
                                                                              KEVIN NATHANIEL FOX
                                                                              UNITED STATES MAGISTRATE JUDGE