UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MADELINE RAMOS,                                 :

               Plaintiff,           :

       -against-                                 :        **ORDER**

COMMISSIONER OF SOCIAL SECURITY, :        19-CV-10616 (AT) (KNF)

              Defendant.        :
------------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

      By a letter dated December 10, 2020 the plaintiff requested that this action be stayed for 30 days "to provide Plaintiff time to consider whether to file a motion for remand under sentence six of 42 U.S.C. § 405(g)," which the defendant did not oppose. The plaintiff's request, Docket Entry No. 33, is granted and this action stayed until January 14, 2021, when the plaintiff shall file a letter informing the Court of her position with respect to a motion for remand pursuant to sentence six of 42 U.S.C. § 405(g).

Dated: New York, New York                               SO ORDERED:
       December 14, 2020

                                                                                                                           KEVIN NATHANIEL FOX
                                                        UNITED STATES MAGISTRATE JUDGE