UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MADELINE RAMOS,

                Plaintiff,

            -against-

ANDREW SAUL, Commissioner of Social Security,

                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/29/2021

19 Civ. 10616 (AT) (KNF)

**ORDER**

ANALISA TORRES, District Judge:

      Having received no objections to the Report & Recommendation (the "R&R"), ECF No. 44, of the Honorable Kevin Nathaniel Fox, the Court reviewed the R&R for clear error, and found none. *Santiago v. Colvin*, 12 Civ. 7052, 2014 WL 1092967, at *1 (S.D.N.Y. Mar. 17, 2014).

      The Court, therefore, ADOPTS the R&R in its entirety. Accordingly, Plaintiff's motion to remand is GRANTED, and this matter is REMANDED to the Commissioner under sentence six of 42 U.S.C. § 405(g). The parties' cross motions for judgement on the pleadings are DENIED as moot.

      The Clerk of Court is directed to terminate the motions at ECF Nos. 16, 20, 27, 37–39 and close the case.

      SO ORDERED.

Dated: March 29, 2021
       New York, New York

                                          ANALISA TORRES
                                  United States District Judge