# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

MADELINE RAMOS,

              Plaintiff,                            19 **CIVIL** 10616 (AT) (KNF)

          -v-                                     **JUDGMENT**

ANDREW SAUL, Commissioner of Social Security,

              Defendant.

-------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated March 29, 2021, having received no objections to the Report & Recommendation (the "R&R"), ECF No. 44, of the Honorable Kevin Nathaniel Fox, the Court reviewed the R&R for clear error, and found none. *Santiago v. Colvin*, 12 Civ. 7052, 2014 WL 1092967, at *1 (S.D.N.Y. Mar. 17, 2014). The Court, therefore, ADOPTS the R&R in its entirety. Accordingly, Plaintiff's motion to remand is GRANTED, and this matter is REMANDED to the Commissioner under sentence six of 42 U.S.C. § 405(g). The parties' cross motions for judgement on the pleadings are DENIED as moot.

**Dated:** New York, New York
            March 30, 2021

                                                              **RUBY J. KRAJICK**

                                                                  _____
                                                                  **Clerk of Court**
                             **BY:**
                                                                  **Deputy Clerk**