**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
MADELINE RAMOS,

                Plaintiff,                              19 **CIVIL** 10616 (AT)(KNF)

       -v-                                            **JUDGMENT**

KILOLO KIJAZAKI, ACTING
COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Order dated August 16, 2022, judgment is entered for Plaintiff; accordingly, the case is closed.

**Dated:**  New York, New York
          August 17, 2022

                                                                  **RUBY J. KRAJICK**

                                                                     Clerk of Court
                                **BY:**
                                                            *K. Mango*
                                                            **Deputy Clerk**